IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CHRISTILE HUGHES-DILLON )<br>)<br>Defendant. ) | NO. 4:21CR00563-1-MTS-NCC |

## MOTION FOR LEAVE TO FILE UNDER SEAL

COMES NOW appointed counsel, Michael S. Ghidina, and moves to file his Motion to Withdraw as counsel for Christile Hughes-Dillon ("Defendant") under seal. In support thereof, Counsel states as follows:

1. Filing under seal is necessary to preserve the confidentiality of the attorney–client relationship and in order to prevent Defendant from being prejudiced by the application of Counsel to withdraw.

2. Counsel has consulted with AUSA Geoff Ogden and he does not object to the sealing of Counsel's Motion to Withdraw.

3. The interests of justice would be served by the Court granting this Motion for Leave to File Under Seal and seal Counsel's Motion to Withdraw indefinitely.

WHEREFORE, Counsel moves for leave to file Counsel's Motion to Withdraw under seal.

                           MICHAEL S. GHIDINA, LLC

                           By: /s/ Michael S. Ghidina
                                MICHAEL S. GHIDINA
                                The Midvale Building
                                112 South Hanley
                                St. Louis, Missouri  63105-3418
                                (314) 726-6106
                                (314) 863-3821 (Fax)

                           ATTORNEY FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                                /s/ Michael S. Ghidina
                                Michael S. Ghidina

Hughes-Dillon/A05